# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1883
_____

DAVID WILLIAM TRAPPMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

September 29, 2021


OPINION ON MOTION FOR REHEARING, REHEARING EN BANC, AND
FOR CERTIFICATION OF CONFLICT TO THE SUPREME COURT

M.K. THOMAS, J.

Appellant filed a Motion for Rehearing, Rehearing En Banc, and for Certification of Conflict. We deny the motion for rehearing and rehearing en banc. We certify conflict with the decision of the Fourth District Court of Appeal in *Olivard v. State*, 831 So. 2d 823 (Fla. 4th DCA 2002).

BILBREY and TANENBAUM JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David William Trappman, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Maria Ines Suber, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.